SEALED

FILED BY_____D.C.

JUN 0 8 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-Cr-60114-Scola

IN RE: SEALED INDICTMENT
_____/

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, certificate of trial attorney, penalty sheet, arrest warrant, this motion, and the resulting order, be SEALED until the arrest of the defendant or until further order of this Court, excepting the United States Attorney's Office and law enforcement personnel, which may obtain copies of the indictment, arrest warrant, or other sealed documents for purposes of arrest or any other necessary cause, for the reason that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation could be compromised should knowledge of this indictment become public.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502506
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
(954) 660-5778 (telephone)
(786) 385-4604
ajay.alexander@usdoj.gov