# MINUTE ORDER

Page 4

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 6/28/23     Time: 2:00 p.m.

Defendant: Haven Cates, III     J#: 64137-510     Case #: 23-60114-CR-SCOLA/GOODMAN
AUSA: Hayden O'Byrne     Attorney: Samuel Rabin
Violation: TRAVELING FOR SEX WITH A MINOR     **Surrender: 6/28/23**     YOB: 1991

Proceeding: INITIAL APPEARANCE     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
**Bond Set**  $10,000 personal surety as set in Chicago, IL     Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed*/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [x] *Participate in mental health assessment & treatment*
- [x] *Maintain or seek full-time employment*
- [x] *No contact with victims/witnesses*
- [x] *No firearms*
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] *Home Confinement/Electronic Monitoring* and/or Curfew ____ pm to ____ am, paid by ____
- [x] *Allowances: Medical needs, court appearances, attorney visits, religious, employment, education*
- [x] *Travel extended to:* SD/FL and ND/IL
- [x] *Other:* Maintain residence at address stated on the record

Language: English

Disposition:
The Government's Motion to Unseal is **GRANTED**. Counsel files **TEMPORARY** Appearance. The Court adopts the $10,000 bond set in Chicago.
**DEFENDANT RELEASED**
*See ATTACHED Conditions imposed in Chicago, IL 1-15 and the Conditions recommended and imposed in the SD/FL 1-6. The Court orders Defense Counsel to make arrangements for Conditions 1 and 2

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel: 7/13/23     10:00     Miami Duty
PTD/Bond Hearing:
Arraignment:     7/13/23     10:00     Miami Duty
Status Conference RE:
D.A.R. 14:24:07     Time in Court: 15

s/Edwin G. Torres     Chief Magistrate Judge

**CONDITIONS FROM THE ND/IL, Chicago**

The defendant was arrested in the Northern District of Illinois (ND/IL) on June 15, 2023, on a warrant from the Southern District of Florida (SD/FL). On that date, he initially appeared before U.S. Magistrate Judge Jeffrey T. Gilbert, and a detention and removal hearing was set for June 20, 2023. On that date, he was ordered removed to the SD/FL. Additionally, the defendant was released on a $100,000 unsecured bond, with the following special conditions of release:

1. The defendant was released and placed in the custody of Haven Cates, Jr., to serve as a 3rd party custody, residing at [REDACTED], Chicago, Illinois;
2. The defendant is to be transported to his mother's home by his 3rd party custodian or his sister, Ciara Cates;
3. The defendant's 3rd party custodian is to accompany the defendant to Florida and ensure the defendant has no access to the intent during such travel;
4. Report to Pretrial Services as directed;
5. Surrender any passports to law enforcement (already done);
6. Do not obtain any passports/travel documents;
7. Continue or actively seek employment;
8. Abide by restrictions on personal association, residence or travel: ND/IL and SD/FL;
9. Avoid contact with victims or witnesses;
10. Do not possess a firearm, destructive device or other weapon;
11. Location monitoring to be determined by the officer, with home detention, and may leave the residence for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, or other activities approved in advance by the Pretrial Services Office or officer;
12. Report to the probation officer any contact with law enforcement;
13. Do not possess or access the internet or any internet accessible device. All devices are to be password protected;
14. No unsupervised contact with minors, including at his mother's home and including his own children; and
15. The defendant's mother is to remove the firearm from her home and password protect her Wifi and any internet accessible devices.

**CONDITIONS IMPOSED IN THE SD/FL**

**The Court orders Defense Counsel to make arrangements for Conditions 1 and 2**

To reasonably assure the defendant's appearance and the safety of the community, I respectfully recommend the defendant be released on a personal surety bond, with the same special conditions ordered in the ND/IL, and the additional following special conditions:

1. Mental health assessment and treatment;
2. Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office;
3. Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider;
4. Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer;
5. The defendant shall not be involved in any children's or youth organizations;
6. Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.