UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 23-60114-CR-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

HAVEN CATES, III,

    *Defendant.*

_____/

### NOTICE OF TEMPORARY APPEARANCE AS COUNSEL

BY THIS NOTICE, RABIN & LOPEZ, P. A., and SAMUEL J. RABIN, JR., ESQUIRE, enter this, their Temporary Appearance for Defendant, **HAVEN CATES, III**, in this cause. This appearance is a limited and temporary appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any bond which may be set.

The Clerk of this Court is requested to send the undersigned attorney copies of all Court Notices and Orders filed herein.

    Respectfully submitted,

    **RABIN & LOPEZ, P.A.**
    One Southeast Third Avenue
    Suite 2600
    Miami, FL 33131
    Tel: 305•358•1064
    Email: sjr@miamilawyer.com

    s/ *Samuel J. Rabin, Jr.*

    SAMUEL J. RABIN, JR.
    Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June 2023, a true and correct copy of the foregoing Notice of Temporary Appearance as Counsel was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

*s/ Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.