# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 7/13/2023    Time: 10:00 a.m.

Defendant: HAVEN CATES, III (B)    J#: 64137-510    Case #: 23-60114-CR-SCOLA

AUSA: Will Rosenzweig    Attorney: Jessica Duque for Samuel Rabin (PERM)

Violation: TRAVELING FOR SEX WITH MINOR/TRANSPORTATION/POSSESSION/CHILD PORNOGRAPHY

Proceeding: RRC/ARRAIGNMENT    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: $10K PSB (CONTINUED FROM N/D IL)    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
Brady Order given. Defense Counsel filed a Permanent Notice of Appearance per DE#[10]. Defendant filed a Waiver of Appearance per DE#[11]. Defendant Arraigned. Reading of the Indictment Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested. All further proceedings before Judge Scola.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. JG-10:00:57; 10:05:34     Time in Court: 4 mins.